UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. David Saunders, Jr.**  Docket No. 2:15-CR-2-1BO

### Petition for Action on Probation

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David Saunders, Jr., who, upon an earlier plea of guilty to Lacey Act Trafficking Violation, in violation of 16 U.S.C. § 3372(a)(1), 16 U.S.C. § 3373(d)(1)(B), and 50 C.F.R. Parts 697.7(b)(1), (2), (3), and (4), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 23, 2017, to 3 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from Saunders on September 7, 2017, tested positive for morphine, marijuana, and cocaine. It is noted that the positive morphine result was due to the defendant's prescription use of codeine. On September 29, 2017, when confronted with the cocaine and marijuana results, Saunders admitted to consuming marijuana at a party on September 2, 2017. He also stated that he was unsure if the marijuana was laced with cocaine. Saunders advised that he resorted to illegal drug use because he was depressed due to the loss of his home and his separation from his wife. In response to the violations, it is respectfully recommended that the defendant be ordered to participate in mental health and substance abuse treatment, serve two days incarceration in the Bureau of Prisons, and participate in the DROPS program. Saunders signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

4. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin at the Second Use level.

David Saunders, Jr.
Docket No. 2:15-CR-2-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: October 4, 2017 |

## ORDER OF THE COURT

Considered and ordered this 5 day of October, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge